IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 5:15-cr-38 |
| v. | ) | |
| | ) | |
| **(4) SAI VANG** | ) | **ORDER** |
| | ) | |

**THIS MATTER** is before the Court on the Government's "Notice of Appeal, Motion for Revocation of Conditions of Release, and Motion for Order of Detention" filed December 25, 2020. (Doc. No. 165).

The Court finds that this case involves a rebuttable presumption in favor of detention, pursuant to 18 U.S. Code Section 3142, and that Defendant cannot rebut said presumption. Therefore, the Government's appeal, its motion to revoke the release order, and its motion for detention are hereby **GRANTED**, and

**IT IS ORDERED**, pursuant to 18 U.S. Code Sections 3142 and 3145, that the release order of the Honorable Barbara A. McAuliffe, United States Magistrate Judge for the Eastern District of California, is hereby revoked, and

**IT IS FURTHER ORDERED** that the Defendant shall be **DETAINED** until further order of this Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and, by e-mail via ECF, to the United States Attorney's Office and Federal Defender's Office (Matthew_Lemke@fd.org).

**SO ORDERED.**

Signed: December 29, 2020

Kenneth D. Bell
United States District Judge