IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:15-CR-00038-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| SAI VANG, | |
| **Defendant.** | |

**THIS MATTER** is before the Court on the parties' Consent Motion for Bond. (Doc. No. 171). Defendant is currently in custody at a private medical facility in Fresno, California. Defendant is paralyzed from the neck down and requires constant care and assistance, which counsel does not believe is available in a jail facility in the Western District of North Carolina. The parties agree that, upon his return to this district (after making his initial appearance), Defendant be released on a $25,000 unsecured bond and allowed to stay at his parents' home due to his medical condition. The parties further agree that Defendant should be under 24-hour home confinement with electronic monitoring, excluding time off for medical and legal visits that are preapproved by his probation officer.

**IT IS THEREFORE ORDERED** that the Consent Motion for Bond, (Doc. No. 171), is **GRANTED** and Defendant be released on bond as agreed upon by the parties and outlined in the consent motion.

**SO ORDERED.**

Signed: March 2, 2021

Kenneth D. Bell
United States District Judge